COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     $1,941.00 US Currency v. The State of Texas

Appellate case number:   01-17-00516-CV

Trial court case number: 16-1411-C277

Trial court:             277th District Court of Williamson County

Appellant tendered his brief on February 6, 2018. We strike appellant's brief for the following reasons:

- A brief must contain a section identifying parties and counsel. TEX. R. APP. P. 38.1(a).

- A brief must contain a table of contents and an index of authorities cited in the brief. TEX. R. APP. P. 38.1(b)-(c).

- A brief must include a concise statement of the case describing the nature of the case and should include record citations. TEX. R. APP. P. 38.1(d).

- A brief must state whether appellant is requesting or waiving oral argument. TEX. R. APP. P. 38.1(e).

- A brief must identify the issues presented. TEX. R. APP. P. 38.1(f)

- A brief must include a concise statement of the facts pertinent to the issues presented and the facts must be supported by citations to the record. TEX. R. APP. P. 38.1(g).

- A brief must include a summary of the argument as well as a clear and concise argument with citations to the record and to authority. TEX. R. APP. P. 38.1(h)-(i).

- A brief must include a prayer for relief and an appendix that includes a copy of the trial court's judgment or order appealed. TEX. R. APP. P. 38.1(j)-(k).

- A brief must include a Certificate of Service showing that a copy of appellant's brief was served on appellee and any other parties. TEX. R. APP. P. 9.5(a).

- A brief must also include a Certificate of Compliance stating the number of words in the document. TEX. R. APP. P. 9.4(i)(3).

Accordingly, appellant's brief is struck and he is ordered to file a brief in compliance with the Texas Rules of Appellate Procedure **within 15 days of the date of this order**. TEX. R. APP. P. 9.4(k).

It is so ORDERED.


Judge's signature: /s/ Jennifer Caughey
     ☒  Acting individually


Date:  February 22, 2018